UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF MICHIGAN-DETROIT
SOUTHERN DIVISION

IN RE:

Jeffrey M. Smith                                  Case No. 15-44876
Lisa A. Smith                                     Chapter 7
                                                  Judge   Phillip J Shefferly

_____Debtor(s)_____

## SPECIAL APPEARANCE AND NOTICE OF SPECIAL APPEARANCE

     Please take notice that Robert Keyes Law, PLLC, by and through Robert Keyes, hereby makes special appearance in the above matter for the purpose of representing the Debtor(s) at the 341 Meeting of Creditors, on, April 29, 2015, at 11:00 a.m.

/s/ Robert Keyes
Robert Keyes (P68856)
Robert Keyes, P.L.L.C.
300 North Huron Street
Ypsilanti, MI 48197
(734) 662-1590
robert@robertkeyeslaw.com